

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER AT EL PASO, | § | No. 08-12-00373-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 327th District Court |
| | § | |
| | | of El Paso County, Texas |
| LYDIA VEGA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF | § | |
| THE ESTATE OF SIRIA BOJORQUEZ, | | (TC# 2006-809) |
| AND ALL WRONGFUL DEATH | § | |
| BENEFICIARIES AND AS NEXT | § | |
| FRIEND OF ISABEL BOJORQUEZ, | | |
| | | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the agreed motion to dismiss appeal, and concludes the motion should be granted. We therefore set aside the trial court's order denying Appellant's plea to the jurisdiction, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We further order costs on appeal shall be taxed in accordance with the parties' agreement, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.